CHARTER OAK FEDERAL CREDIT UNION *v.* DANIEL J. DEL GROSSO ET AL.
(12263)

LAVERY, FREEDMAN and CRETELLA, Js.

Argued September 21—decision released October 12, 1993

*Daniel Del Grosso,* pro se, the appellant (named defendant).

*Charles J. Irving,* for the appellee (plaintiff).

PER CURIAM. We have carefully reviewed the issues raised by the named defendant and find them to be without merit.

The judgment is affirmed.